# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ALSHROUKH MOHAMMED** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.: 4:14-00842-CLS-SGC |
| ) | |
| **ERIC HOLDER,** Attorney ) | |
| General, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is an action on a petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in which petitioner, Alshroukh Mohammed acting *pro se*, has sought to challenge his continued detention pending removal pursuant to the Immigration and Nationality Act.  *See generally, Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents have filed a motion to dismiss this action as moot on the grounds petitioner has been removed from the United States.  (Doc. 8).

In support of their motion to dismiss, respondents have filed a copy of an unsworn declaration pursuant to 28 U.S.C. § 1746 by a Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility at Gadsden, Alabama. (Doc. 8-1).  Such declaration shows petitioner was removed from the United States to Palestine on June 10, 2014.  (*Id.*).  Because petitioner has been

removed, the Court can no longer provide meaningful relief, and the petition for a writ of *habeas corpus* is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the motion to dismiss (Doc. 8) is due to be GRANTED, and the petition for a writ of *habeas corpus* (Doc. 1) is due to be DISMISSED. A separate final judgment will be entered.

DONE this 20th day of June, 2014.

_____
United States District Judge